IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY BRENNAN, | Civil No. 3:15-cv-2092 |
| Plaintiff | (Judge Mariani) |
| v. | |
| KRISTA FISHER, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 23rd day of March, 2016, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion for leave to file an amended complaint, (Doc. 19), is **CONDITIONALLY GRANTED**.

2. Plaintiff shall file an amended complaint on or before April 12, 2016.

3. The amended complaint shall contain the same case number that is already assigned to this action, 3:15-cv-2092, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(e).

4. Failure to file an appropriate amended complaint will result in this action proceeding on the original complaint as filed.

Robert D. Mariani
United States District Judge