IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY BRENNAN,<br>　　　Plaintiff | : Civil No. 3:15-cv-2092<br>:<br>: (Judge Mariani) |
| v. | : |
| KRISTA FISHER, *et al.*,<br>　　　Defendants | : |

## ORDER

**AND NOW**, this ___8th___ day of April, 2016, upon consideration of Plaintiff's motions (Docs. 2, 9, 24) for appointment of counsel, and motion (Doc. 24) for extension of time to file an amended complaint, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 2, 9, 24) for appointment of counsel are **DENIED** without prejudice.

2. The motion for extension of time to file an amended complaint, (Doc. 24), is **GRANTED**.

   a. Plaintiff shall file an amended complaint on or before May 9, 2016.

   b. The amended complaint shall contain the same case number that is already assigned to this action, 3:15-cv-2092, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(e).

   c. Failure to file an appropriate amended complaint will result in this action proceeding on the original complaint as filed.

　　　　　　　　　　　　　　　　　　　　／s／ Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　United States District Judge