IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESLEY BRENNAN, | : | Civil No. 3:15-cv-2092 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| KRISTA FISHER, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 12th day of January, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 36) for summary judgment is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendants Krista Fisher, Christine Neri, and David Morningstar, and against Plaintiff.

2. Plaintiff's state law claims are **DISMISSED** for lack of jurisdiction. See 28 U.S.C. § 1367(c).

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge